IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT JAMES HARKREADER,

                                              ORDER

                    Petitioner,

                                      08-cv-0630-slc

      v.

RANDALL HEPP, Warden,
Jackson Correctional Institution,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Petitioner, a prisoner at the Jackson Correctional Institution in Black River Falls, Wisconsin, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He requests leave to proceed in forma pauperis.  Petitioner has supported his request with an affidavit of indigency,  However, I cannot determine whether petitioner is indigent for the purpose of filing a § 2254 petition because his affidavit contains inconsistencies and is not complete.  For example, petitioner has checked both the "yes" and the "no" box in response to the question asking whether he is employed.  He states he has debts, but he has not listed the amounts owed or the payments he is making.  In addition, petitioner has not submitted a trust fund account statement for the six-month period immediately preceding the filing of his habeas corpus petition.  See Longbehn v. U.S., 169 F.3d 1082 (7th Cir. 1999).

1

Once petitioner submits his trust fund account statement, this court will calculate petitioner's average monthly deposits and his average monthly balances for the six-month period mentioned above.  If 20% of the greater of these two figures is $5 or more, he will not be eligible for indigent status and will have to prepay all of the $5 filing fee.  If 20% of the greater of these two figures is less than $5, he will be required to prepay whatever portion less than $5 has been calculated.

Now that petitioner is aware of the formula this court uses in determining whether a prisoner is indigent for the purpose of paying a $5 filing fee, he may be able to figure easily whether he qualifies.  If he knows that he will not qualify for indigent status, he may elect to submit a check or money order made payable to the clerk of court in the amount of $5 in lieu of the six-month statement requested above.  In any event, petitioner should act quickly.  If, by November 14, 2008, petitioner does not submit either the $5 payment or a trust fund account statement for the last six months, his request for leave to proceed in forma pauperis will be denied and this action will be closed.

Entered this 29th day of October, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2