IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT JAMES HARKREADER,

            Petitioner,                  ORDER

v.

                                08-cv-630-slc

RANDALL HEPP, Warden,
Jackson Correctional Institution,

            Respondent.

---

On October 29, 2008, this court entered an order directing petitioner to submit a six-month trust account statement from the institution in support of his motion for leave to proceed in forma pauperis in this habeas corpus action. Petitioner was given a deadline of November 14, 2008. It is now December 4, 2008, and petitioner has not submitted the trust fund statement or made any communication with the court. Accordingly, in accordance with the October 29, 2008 order, petitioner's motion for leave to proceed in forma pauperis is DENIED. Further, the petition is DISMISSED WITHOUT PREJUDICE for petitioner's failure to prosecute it.

Entered this 4th day of December, 2008.

BY THE COURT:

BARBARA B. CRABB
District Judge

Copy of this document has been provided to petr.
this 5th day of Dec, 2008
by C. Korth
C. A. Korth, Secretary to
Magistrate Judge Crocker