# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **ROBERT JAMES HARKREADER,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | **08-cv-630-bbc** |
| **RANDALL HEPP, Warden,** <br> **Jackson Correctional Institution,** | |
| **Respondent.** | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the petition is DISMISSED WITHOUT PREJUDICE for petitioner's failure to prosecute it.

**PETER A. OPPENEER**
_____
**Peter A. Oppeneer, Acting Clerk**

**Connie A. Korth**                                                          **12/05/08**
_____          _____
**by Deputy Clerk**                                                          **Date**